## (November 27, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTIAGO RODRIGUEZ, Also Known as RAMON BATISTA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on February 6, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Birns, Sandler, Bloom and Lane, JJ.